# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAUN CASEY ROBINSON, | CASE NO. 1:08-cv-01795-YNP PC |
| Plaintiff, | ORDER DISMISSING ACTION |
| v. | |
| FERNANDO GONZALEZ, et al., | |
| Defendants. / | |

Plaintiff Shaun Casey Robinson ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has consented to magistrate judge jurisdiction pursuant to 28 U.S.C. § 636(c)(1). (Doc. #4.)

Plaintiff initiated this action on November 24, 2008. (Doc. #1.) On May 11, 2009, the Court screened Plaintiff's complaint pursuant to 28 U.S.C. § 1915A and dismissed Plaintiff's complaint for failure to state any claims. (Doc. #11.) The Court granted Plaintiff leave to file an amended complaint that was due by June 15, 2009. Plaintiff has not filed an amended complaint nor provided any indication to the Court that he is intending to file an amended complaint.

Plaintiff was notified of the deficiencies in his claims in the May 11, 2009 screening order. Because Plaintiff has not filed an amended complaint, the Court is left with little option other than dismissal of the claims made in the complaint without prejudice for failure to state any claims upon which the Court can grant relief.

///
///

1

1    Accordingly, IT IS HEREBY ORDERED that this action be dismissed without prejudice
2 for failure to state a claim upon which relief can be granted.
3    IT IS SO ORDERED.
4 **Dated:   September 24, 2009**              /s/ **Gary S. Austin**
                                       UNITED STATES MAGISTRATE JUDGE